UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-80332-CIV-MATTHEWMAN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MERCIDIEU MILFORT,
*also known as*
Elie Jean Pierre,

    Defendant.

_____/

FILED BY____KJZ____D.C.

Jul 23, 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

**<u>ORDER REQUIRING DEFENDANT TO COMPLY WITH THE CONSENT JUDGMENT REVOKING NATURALIZATION [DE 15] AND SETTING FURTHER HEARING VIA ZOOM VIDEO TELECONFERENCE (VTC)</u>**

THIS CAUSE is before the Court after a telephonic compliance hearing held on July 23, 2020. On June 26, 2020[1], the Court entered a Consent Judgment Revoking Naturalization ("Consent Judgment") [DE 15]. The Consent Judgment required, in part, that Defendant, Mercidieu Milfort, also known as Elie Jean Pierre ("Defendant"), within ten (10) days of the date of the Consent Judgment, surrender and deliver his Certificate of Naturalization, any and all U.S. passports and passport cards, and any other indicia of U.S. citizenship, as well as any copies thereof in his possession or control (and make good faith efforts to recover and then surrender any copies thereof that he knows are in the possession or control of others), to Government counsel, Steven A. Platt.

Government counsel Steven Platt and counsel for Defendant, Julio Padilla, attended the

---

[1] The Consent Judgment was not docketed until June 29, 2020.

1

July 23, 2020 telephonic hearing. However, Defendant failed to appear at the hearing. According to Defendant's counsel, he instructed Defendant to attend the hearing from counsel's office and had his paralegal read Defendant instructions in Creole. Defendant allegedly has trouble getting permission from his employer to take time off from work and to make phone calls during working hours.

According to Government counsel, Defendant was required to produce four documents pursuant to the Consent Judgment, and the Government has received two of them. The two outstanding documents are a U.S. passport book that expired in 2010 and a Certificate of Naturalization. Defendant's counsel explained that Defendant lost the expired passport book and that the Certificate of Naturalization was in Chicago until yesterday when Defendant finally received it. Defendant sent a photocopy of the Certificate of Naturalization to Government counsel, Steven Platt, and Defendant's counsel has instructed Defendant to send the original document to Mr. Platt.

Based on the foregoing, and as stated in open court, it is hereby **ORDERED** as follows:

1. Defendant shall provide the Certificate of Naturalization to Steven Platt on or before **August 3, 2020**.

2. It is hereby **ORDERED** that a further hearing regarding whether Defendant has fully complied with his obligations under the Consent Judgment Revoking Naturalization shall be conducted via Zoom video teleconference (VTC) on **Wednesday, August 5, 2020, at 2:00 p.m.** The undersigned's Courtroom Deputy, Ken Zuniga, will email instructions for accessing the conference to counsel. The Court will provide a Creole interpreter for the hearing.

3. Defendant is **ORDERED** to appear by Zoom VTC at the August 5, 2020 hearing or the

Court will consider the issuance of an arrest warrant and finding Defendant in contempt of court. Defendant's counsel, Julio Padilla, shall instruct Defendant to appear and of the possible consequences of failing to attend the hearing.

4. Defendant shall be prepared to testify under oath at the August 5, 2020 hearing about what happened to the expired U.S. passport book and why he is unable to provide it to Mr. Platt.

**DONE AN ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 23rd day of July, 2020.

*[signature]*
WILLIAM MATTHEWMAN
United States Magistrate Judge